UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-439-BAS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| ROSALIO LOERA, | |
| Defendant. | |

The United States' Motion to Dismiss the Indictment is hereby GRANTED.  The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  12/24/2025

Hon. Cynthia Bashant
United State District Judge